# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. 1:07-cv-00276 LJO TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Jesus Torres ("plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its February 21, 2007, Scheduling Order to require plaintiff to file and serve a confidential letter brief on the Social Security Administration ("SSA") within 30 days of the filing of the administrative record. The Scheduling Order further provides that plaintiff must file an opening brief within 30 days of receipt of the SSA's response to plaintiff's confidential letter. The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Doc. 7).

On October 1, 2007, the SSA filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 13). The Court initially calculated January 4, 2008, as the deadline for plaintiff to file and serve his opening brief. On January 29, 2008, this Court granted the SSA's motion for an extension of time – until February 1, 2008 – to serve its response to plaintiff's confidential letter brief. (Doc. 22). In accordance with the Scheduling Order, as amended by the above-referenced order, the Court recalculated the deadline for plaintiff to file his opening brief to March 2, 2008.

(Docs. 7, 22).  To date, plaintiff has not filed an opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS plaintiff, no later than April 25, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this Order to Show Cause if plaintiff files and serves his opening brief no later than April 21, 2008.

**Plaintiff is admonished that failure to timely comply with this order will result in a recommendation to dismiss this action.**

IT IS SO ORDERED.

Dated:   **March 28, 2008**                              /s/ Theresa A. Goldner
                                                                    UNITED STATES MAGISTRATE JUDGE