1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Torres ) | **1:07-CV-276 LJO TAG** |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on February 16, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: March 28, 2008            /s/ Sengthiene Bosavanh

                                 SENGTHIENE BOSAVANH, ESQ.
                                 Attorney for Plaintiff

Dated: March 29, 2008
                                 MCGREGOR SCOTT
                                 United States Attorney

                                 By: /s/ Donna M. Montano
                                 (as authorized via facsimile)
                                 DONNA M. MONTANO
                                 Assistant Regional Counsel

IT IS SO ORDERED.

Dated:   April 1, 2008                               /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE